UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Charmane Smith,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BulkSupplements.com, and Kevin Baronowsky,<br><br>　　　　　Defendants. | Case No. 2:22-cv-00600-APG-DJA<br><br>**Order** |

　　　　Before the Court is Plaintiff Charmane Smith's application to proceed *in forma pauperis* (ECF No. 1) and emergency motion "for injunction and to compel" (ECF No. 3). Plaintiff's application, however, is not made on this Court's form application. Under Local Special Rule 1-1, an application to proceed *in forma pauperis* must be made on the form provided by the Court and must include a financial affidavit disclosing the applicant's income, assets, expenses, and liabilities. LSR 1-1. The Court thus denies Plaintiff's application without prejudice.

　　　　Plaintiff's emergency motion for injunction and to compel asks the Court to: (1) make note that she requested a jury trial; (2) record that she filed her application to proceed *in forma pauperis*; (3) send her a date-stamped coy of her complaint; (4) prepare the summons and complaint for service; (5) direct the U.S. Marshal Service to serve the summons and complaint; and (6) order the Defendants to send Plaintiff the items she ordered from them. (ECF No. 3). The Court previously declined to consider Plaintiff's motion on an emergency basis. (ECF No. 4). At this stage, the Court will also deny the motion for injunction and to compel without prejudice for Plaintiff to re-file the motion after the issue of the filing fee has been resolved.

　　　　**IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is **denied** without prejudice. The Clerk of Court is kindly directed to mail

Plaintiff the approved form application for a non-inmate to proceed *in forma pauperis*, as well as the accompanying instruction packet.

**IT IS FURTHER ORDERED** that by July 11, 2022, Plaintiff must either: (1) file a complete application to proceed *in forma pauperis* in compliance with 2 U.SC. § 195(a)(1) and Local Special Rule 1-1; or (2) pay the full $402 fee for a civil action, which includes the $350 filing fee and the $52 administrative fee. Plaintiff is advised that failure to comply with this order will result in a recommendation that her case be dismissed.

**IT IS FURTHER ORDERED** that Plaintiff's motion for injunction and to compel (ECF No. 3) is **denied without prejudice.**

DATED: June 13, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE