UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Charmane Smith,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BulkSupplements.com; and Kevin Baronowsky,<br><br>　　　　Defendants. | Case No. 2:22-cv-00600-APG-DJA<br><br>**Report and Recommendation** |

The Court previously granted Plaintiff's request to proceed *in forma pauperis* and screened the complaint under to 28 U.S.C. § 1915. (ECF No. 7). In doing so, the Court found that Plaintiff's complaint was deficient. (*Id.*). As a result, the Court dismissed Plaintiff's complaint on July 18, 2019 and granted Plaintiff leave to amend the complaint, requiring that an amended complaint be filed within 30 days, which has since passed. (*Id.*). The Court stated, "Failure to timely comply with this order will result in a report and recommendation that this case be dismissed." (*Id*. at 4). To date, the Court has not received an amended complaint or any request to extend the deadline for filing one.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED**.

**NOTICE**

This report and recommendation is submitted to the United States District Judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a

1  timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951
2  F.2d 1153, 1157 (9th Cir. 1991).

4       DATED: October 3, 2022

                                                _____
7                                                 DANIEL J. ALBREGTS
                                                  UNITED STATES MAGISTRATE JUDGE