UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARMANE SMITH,<br><br>　　　Plaintiff<br><br>v.<br><br>BULKSUPPLEMENTS.COM and KEVIN BARONOWSKY,<br><br>　　　Defendants | Case No.: 2:22-cv-00600-APG-DJA<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 9] |

　　On September 30, 2022, Magistrate Judge Albregts recommended that I dismiss this case because plaintiff Charmane Smith did not file an amended complaint by the given deadline. ECF No. 9.  Smith did not object.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

　　I THEREFORE ORDER that this case is DISMISSED without prejudice.  The clerk of court is instructed to close this case.

　　DATED this 20th day of October, 2022.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE